1  SEYFARTH SHAW LLP
   Joseph A. Escarez (SBN 266644)
2  *jescarez@seyfarth.com*
   2029 Century Park East, Suite 3500
3  Los Angeles, California  90067-3021
   Telephone:  (310) 277-7200
4  Facsimile:  (310) 201-5219

5  Anne V. Dunne (*Pro Hac Vice* to be filed)
   *adunne@seyfarth.com*
6  2 Seaport Lane
   Boston, Massachusetts
7  Telephone: (617) 946-4940
   Facsimile: (617) 946-4801

8  Attorneys for Defendant OPORTUN FINANCIAL CORPORATION
9

10 LAW OFFICES OF DOUGLAS J. CAMPION, APC
   Douglas J. Campion (SBN 75381)
11 *doug@djcampion.com*
   17150 Via Del Campo, Suite 100
12 San Diego, California 92110
   Telephone:  (619) 299-2091
13 Facsimile:  (619) 858-0034

14 Attorneys for Plaintiff KARLA ARBALLO

15

16                  UNITED STATES DISTRICT COURT

17              SOUTHERN DISTRICT OF CALIFORNIA

18

19 KARLA ARBALLO, INDIVIDUALLY  )  Case No. 17CV02439 -H-BLM
   AND ON BEHALF OF ALL OTHERS  )
20 SIMILARLY SITUATED,          )  **NOTICE OF SETTLEMENT**
                                )
21           Plaintiff,         )
                                )
22        v.                    )
                                )
23 OPORTUN FINANCIAL            )
   CORPORATION, A DELAWARE      )
24 CORPORATION,                 )
                                )
25           Defendants.        )
                                )
26

27

28

---

NOTICE OF SETTLEMENT

Case No. 3:17-cv-02439-H-BLM

1    **TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

2        **PLEASE TAKE NOTICE** that Plaintiff Karla Arballo and Defendant

3    Oportun Financial Corporation ("Oportun") have reached a settlement in principle,

4    which will result in the dismissal of Oportun from this action with prejudice.  The

5    parties anticipate that Plaintiff will file a notice of dismissal within the next 45

6    days.  Accordingly, the parties request that all proceedings be taken off calendar.

7                                  Respectfully submitted,

8    Dated: January 24, 2018           SEYFARTH SHAW LLP

9

10                               By  s/ Joseph A. Escarez
                                Joseph A. Escarez

11                                   Anne V. Dunne
                          Attorneys for Defendant OPORTUN

12                             FINANCIAL CORPORATION
                          E-mail: jescarez@seyfarth.com

13                             E-mail: adunne@seyfarth.com

14   Dated: January 24, 2018           LAW OFFICES OF SETH
                          SCHWARTZ

15

16                               By  s/ Douglas J. Campion
                                Douglas J. Campion

17                             Attorney for Plaintiff KARLA
                          ARBALLO and PUTATIVE CLASS

18                             E-mail:  doug@djcampion.com

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT
Case No. 3:17-cv-02439-H-BLM

-3-

1

## SIGNATURE CERTIFICATION

2          Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

3    Policies and Procedures Manual, I hereby certify that the content of this documents

4    is acceptable to Douglas Campion, counsel for Plaintiff Karla Arballo, and that I

5    have obtained Mr. Campion's authorization to affix his electronic signature to this

6    document.

7

Dated: January 24, 2018                    SEYFARTH SHAW LLP

8

9                                          By___s/ Joseph A. Escarez_____
                                              Joseph A. Escarez
10                                            Anne V. Dunne
                                           Attorneys for Defendant
11                                         OPORTUN FINANCIAL
                                           CORPORATION
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

NOTICE OF SETTLEMENT

Case No. 3:17-cv-02439-H-BLM